# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

EDDIE JAMES HORNE,

    Plaintiff,

v.

TALLADEGA FBOP F.C.I.,

    Defendants, et. Al.

CIVIL ACTION NO.
1:20-cv-

## NOTICE OF REMOVAL

COMES NOW the United States of America, by and through Prim F. Escalona, United States Attorney for the Northern District of Alabama, and Jack Hood, Assistant U.S. Attorney, and gives notice of removal of the above-captioned civil action pursuant to 28 U.S.C. §1442(a)(1) and shows as follows:

    1.    The United States of America's federal agency, the U.S. Bureau of Prisons, FCI-Talladega, is named as Defendant in the above-captioned civil action now pending in the Circuit Court of Talladega County, Alabama, in Civil Action No. 61-CV-2020-900297.00 (Exhibit 1). The action was filed on or about August 24, 2020 and has not yet gone to trial. Counsel for the United States received first notice of this lawsuit on September 4, 2020.

1

2.      Federal law governs the outcome of this lawsuit because Plaintiff has filed what is viewed as a tort action against the United States of America, which is governed by the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1) and 2671 *et seq*. The Federal Tort Claims Act, at 28 U.S.C. § 2679(a), provides that a suit against the United States shall be the exclusive remedy for person with tort claim against any federal agency, including the U.S. Bureau of Prisons. The United States is the sole and proper defendant in such a case. 28 U.S.C. § 2679(a) and (b)(1).

3.      The United States has not waived sovereign immunity to permit any alleged cause of action or civil proceeding by Plaintiff to be commenced in state court. Further, no such action would be proper in federal court because the federal subject matter jurisdictional prerequisites for the exhaustion of administrative remedies under 28 U.S.C. § 2675(a) for suits against the United States have not been met and sovereign immunity has not been waived in this respect. Plaintiff failed to file a required administrative claim with the U.S. Bureau of Prisons. (*See* Declaration of Mary Kiwanuka, dated September 18, 2020, attached hereto as Exhibit 2).

4.      Under 28 U.S.C. § 1442, actions commenced in state court against federal officers or agencies can be removed to federal district court for proper disposition. *See City of Jacksonville v. Department of Navy*, 348 F. 3rd 1307,

1310-1311 (11th Cir. 2003) (28 U.S.C. § 1442(a)(1) authorizes removal by the United States and its agencies to assert sovereign immunity).

5. The Defendant United States of America, on behalf of its agency, the U.S. Bureau of Prisons, files herewith a copy of the Summons and Complaint (Exhibit 1) in *Eddie James Horne v. Talladega FBOP F.C.I. et. al.*, Civil Action No. 61-CV-2020-900297.00 (Talladega County, Alabama, Circuit Court), which is all that it has received by way of process, pleadings, or orders to date.

WHEREFORE, the aforesaid action is hereby removed from the Circuit Court of Talladega County, Alabama to the U.S. District Court for the Northern District of Alabama, Eastern Division.

> Respectfully submitted,
>
> PRIM F. ESCALONA,
> UNITED STATES ATTORNEY
>
> **s/ Jack Hood**
> Jack Hood
> Assistant United States Attorney
> U.S. Attorney's Office
> State Bar No. D41J
> 1801 Fourth Avenue North
> Birmingham, Alabama 35203
> (205) 244-2001
> (205) 244-2181 (fax)
> jack.hood@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2020, I filed the foregoing with the Clerk of Court and served same by certified U.S. Mail, return receipt requested to:

>Eddie James Horne, *Pro Se*
>Register number # 17646-002
>FCI-Talladega
>PMB 1000
>Talladega, AL  35160

>>**s/ Jack Hood**
>>Jack Hood
>>Assistant United States Attorney

# Exhibit 1

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>61-CV-2020-900297.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**
**EDDIE JAMES HORNE V. TALLADEGA FBOP FCI**

**NOTICE TO:** TALLADEGA FBOP FCI, PMB 1000, TALLADEGA, AL 35160
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
Eddie James Horne
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: Federal Correctional Institute PMB 100, Talladega, AL 35160
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____ *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

| 08/24/2020 | /s/ BRIAN YORK | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

[ ] Return receipt of certified mail received in this office on _____
*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____
*(Name of Person Served)* *(Name of County)* *(Date)*

_____         _____         _____
*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

_____         _____
*(Server's Printed Name)*   *(Phone Number of Server)*

ELECTRONICALLY FILED
8/24/2020 9:52 AM
61-CV-2020-900297.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

# STATE OF ALABAMA
# IN THE TALLADEGA COUNTY COURTHOUSE

| | |
|---|---|
| Eddie James Horne<br>Plaintiff, | §<br>§<br>§<br>§ Case NO. _____ |
| Talladega FBOP F.C.I<br>Defendants, et. al. | §<br>§ Complaint of Negligence<br>§ And Damage<br>§ |

Comes now the Plaintiff in the above styled action complaint of negligence and damage against the Talladega, AL FBOP F.C.I prison.

This court has jurisdiction to hear the matters herein.

See. <u>BIEREGU V. RENO</u>, 59 F3d 1445 (3rd Cir, 1995)

(1)

# INTRODUCTION

On the 9th of January, 2020 suffering from anxiety and stress. Plaintiff had some mail over night to him at the Talladega, AL FCI prison. Plaintiff mail help him to remain confident, hopeful, stress free, and encouraged while serving his sentence at the FCI Talladega. Talladega mail authorizer staff did not get the Plaintiff mail to him until January 31, 2020. The mail authorizer withheld the Plaintiff mail for 21 days, Plaintiff was not under an investigation of any kind. Plaintiff tried many and multiple attempts to get the issue resolved, June 9th of 2020 the Plaintiff talked with an R&D staff and while speaking with him the staff was aggressive and unprofessional manner while using profanity. Mail staff did withheld Plaintiff mail at Talladega FCI in Talladega Alabama, Violation of First Amendment rights.

Plaintiff suffers anxiety, pain and stress, loss of money.

Wherefore, Plaintiff demands against Defendant in the amount of $2,000,000.00 dollars and cost.

(2)

## Certificate of Service

I, Eddie James Horne, being duly sworn depose and say: That on the 7th day of July, 2020, I deposited in the United States postal receptacle for mailing a true copy of Plaintiff's complaint of negligence and damages to the below recipients:

Regional PREA Coordinator
3800 North Camp Creek Parkway, SW
Building 2000
Atlanta, GA 30331-5099

Talladega F.C.I
PMB 1000
Talladega, AL 35160

Talladega County Courthouse
One County Square
Talladega, AL 35160

I declare under penalty of perjury that the above is true and correct to the best of my knowledge, pursuant to 28 U.S.C § 1746

Dated this 7th day of July, 2020

/s/ Eddie Horne, pro-se
FCI-Talladega
PMB 1000
Talladega, AL 35160

I Eddie James Horne certify I never raised the claim(s) in a prior proceeding and also understands that Alabama Law does not confer on a right to be transported for court appearances in a civil case. I have read and understands the Alabama Litigation Accountability Act (Code of Alabama § 12-19-270 et seq)
I never been sanctioned.

Dated this 7th day of July, 2020

/s/ Eddie Horne, pro-se
FCI - Talladega
PMB 1000
Talladega, AL 35160

(10)

# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

EDDIE JAMES HORNE,

    Plaintiff,

v.

TALLADEGA FBOP F.C.I.,

    Defendants, et. Al.

CIVIL ACTION NO.
1:20-cv-

## DECLARATION OF MARY KIWANUKA

I, Mary Kiwanuka, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration relating to the above entitled matter.

1. I am an attorney for the Federal Bureau of Prisons (Bureau) at the Southeast Region Consolidated Legal Center in Atlanta, Georgia. In the ordinary course of my duties I have access to the records maintained by the Bureau, and I am familiar with Bureau policies and procedures.

2. Plaintiff Eddie James Horne, federal register number 17646-002, is a federal inmate currently incarcerated at the Federal Correctional Institution (FCI) in Talladega, Alabama.

3. To exhaust his administrative remedies for an FTCA claim with the Bureau, an inmate must file an SF-95 form with the Bureau Regional Office.

4. I have reviewed the FTCA records for the Southeast Regional Office. As of today, Plaintiff has not filed an administrative tort claim SF-95 with the Bureau.

I declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of September, 2020.

Mary Kiwanuka
Senior Attorney
Southeast Regional Office
Federal Bureau of Prisons