UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris											Joe Musso
Clerk												Chief Deputy

| | | |
|---|---|---|
| Eddie James Horne, | } | |
| Plaintiff, | } | |
| v. | } | Case Number:   1:20-cv-1396-KOB-SGC |
| Talladega FBOP FCI, | } | |
| Defendant. | } | |

## NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to the Honorable Staci G Cornelius.

Please use case number 1:20-cv-1396-SGC on all subsequent pleadings.

DATED: August 4, 2021

SHARON N. HARRIS, CLERK

By:   K. Kimbrough Moore
           Deputy Clerk

xc:   Judges
        Counsel